1018

*In the Matter of the Parental Rights to* E.G.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 14-7-00032-9, Patrick A. Monasmith, J., entered August 14, 2015. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Pennell, J.; Fearing, C.J., dissenting.

[No. 33857-6-III. Division Three. December 20, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DWAYNE M. RANKIN, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 95-1-01562-5, Richard H. Bartheld, J., entered September 23, 2015. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Fearing, C.J., and Siddoway, J.

[No. 34052-0-III. Division Three. December 20, 2016.]

THE STATE OF WASHINGTON, *Appellant*, v. DANILO ELIAS SALGUERO-ESCOBAR, *Respondent*.

Appeal from a judgment of the Superior Court for Ferry County, No. 15-1-00065-9, Patrick A. Monasmith, J., entered January 20, 2016. *Reversed* and *remanded* by unpublished opinion per Lawrence-Berrey, J., concurred in by Fearing, C.J., and Pennell, J.

[No. 46654-6-II. Division Two. December 21, 2016.]

THE PORT OF LONGVIEW, *Respondent*, v. ARROWOOD INDEMNITY COMPANY ET AL., *Defendants*, ASSICURAZIONI GENERALI SPA ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 10-2-01478-1, Stephen M. Warning, J., entered August 1, 2014. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Maxa, J., concurred in by Bjorgen, C.J., and Worswick, J.